NATIONAL UNION FIRE INSUR-
ANCE COMPANY, petitioner,
v. VP BUILDINGS, INC.

No. 10–711.

March 7, 2011.

Motion of Zurich American Insurance Company for leave to file a brief as *amicus curiae* granted. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.